# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| BRENDA L. SNYDER, | : | No.: 4:16-CV-0261 |
| --- | --- | --- |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NANCY BERRYHILL,[1] ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of June 2017, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Gerald B. Cohn's May 3, 2017 Report and Recommendation, ECF No. 12, is ADOPTED in full.

2. The decision of the Commissioner of Social Security is AFFIRMED.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court is directed to close the case file.

---

[1] The complaint correctly named Carolyn W. Colvin as Defendant as she was the Acting Commissioner of Social Security at the time the complaint was filed. As of January 23, 2017, Nancy Berryhill is the Acting Commission of Social Security.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge